UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA HUTTO, | CASE NO. C25-0984-KKE |
| Plaintiff(s), | ORDER ON DEFENDANT'S OBJECTIONS TO PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) DEPOSITION TOPICS |
| v. | |
| ORION SYSTEMS INTEGRATORS LLC, | |
| Defendant(s). | |

The Court held a discovery conference today on Defendant's objections to Plaintiff's proposed topics for a deposition under Federal Rule of Civil Procedure 30(b)(6). Dkt. No. 27. For the reasons stated on the record, the Court finds that Plaintiff's proposed topics are generally appropriate for a Rule 30(b)(6) deposition and proportional to the needs of the case. Defendant's objections to the topics are OVERRULED. Nothing in the Court's order, however, prevents Defendant from raising objections or making an appropriate motion for protective order or other relief in response to specific questions or lines of questioning during or after the deposition, to the extent permitted under the applicable rules.

Dated this 11th day of March, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER ON DEFENDANT'S OBJECTIONS TO PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE
30(b)(6) DEPOSITION TOPICS - 1